UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-62264-CIV-ZLOCH

DANIELLE HOLLENSHADE,

    Plaintiff,

**FINAL ORDER OF DISMISSAL**

vs.

GLASS MOUNTAIN CAPITAL, LLC,

    Defendant.
_____/

THIS MATTER is before the Court upon the Notice Of Settlement And Stipulation For Dismissal With Prejudice (DE 9), filed herein by all Parties. The Court has carefully reviewed said Stipulation, the entire court file and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Notice Of Settlement And Stipulation For Dismissal With Prejudice (DE 9), filed herein by all Parties, be and the same is hereby approved, adopted, and ratified by the Court;

2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice;

3. To the extent not otherwise disposed of herein, all pending motions are **DENIED** as moot; and

4. The Court reserves jurisdiction solely for the purpose of enforcing the terms of the Parties' Settlement Agreement.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 14th day of March, 2014.

                                                _____
                                                WILLIAM J. ZLOCH
                                                United States District Judge

Copies furnished:

All Counsel of Record